# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THOMAS K. BOURQUE, SR.

NO. 2021 KW 0596

**AUGUST 17, 2021**

In Re:    State of Louisiana, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 727-20.

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** A motion for severance is addressed to the sound discretion of the trial court, and its ruling should not be disturbed on appeal absent a showing of an abuse of discretion. See **State v. Friday**, 2010-2309 (La. App. 1st Cir. 6/17/11), 73 So.3d 913, 929, writ denied, 2011-1456 (La. 4/20/12), 85 So.3d 1258. Moreover, under La. Code Crim. P. art. 495, "If it appears that a defendant or the state is prejudiced by a joinder of offenses in an indictment or bill of information or by such joinder for trial together, the court may order separate trials, grant a severance of offenses, or provide whatever other relief justice requires." Based on the portion of the record before us, we cannot say that the trial court abused its discretion in partially granting the motion to sever offenses.

WIL
EW

**McDonald, J.,** dissents and would grant the writ application. The offenses were properly joined pursuant to La. Code Crim. P. art. 493. Furthermore, evidence of each of the offenses joined in the indictment would be admissible as other crimes evidence in severed trials to show the defendant's lustful disposition toward children. See La. Code Evid. art. 412.2; **State v. Crochet**, 2005-0123 (La. 6/23/06), 931 So.2d 1083, 1087(per curiam); **State v. Friday**, 2010-2309 (La. App. 1st Cir. 6/17/11), 73 So.3d 913, 929, writ denied, 2011-1456 (La. 4/20/12), 85 So.3d 1258. Additionally, the defendant failed to carry his heavy burden of proving prejudicial joinder of offenses as grounds for a motion to sever. See **State v. Dawson**, 2019-1612 (La. App. 1st Cir. 11/17/20), 316 So.3d 77, writ denied, 2021-00217 (La. 5/4/21), 315 So.3d 222.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT